| NKEMDI AGWARAMGBO | * | NO. 2023-CA-0478 |
| AND EZINNE AGWARAMGBO | | |
| | * | COURT OF APPEAL |
| VERSUS | | |
| | * | FOURTH CIRCUIT |
| WARREN SEALS, SWIFT | | |
| TRANSPORTATION | * | STATE OF LOUISIANA |
| COMPANY AND MOHAVE | | |
| TRANSPORTATION | * | |
| INSURANCE COMPANY | | |
| | * | |

* * * * * * *

*SCJ*

**JENKINS, J., CONCURS IN THE RESULT WITH REASONS**

I respectfully concur in the result reached by the majority. I disagree, however, with the depiction of the accident from the dash camera video evidence, because the Court seemingly draws conclusions as to what occurred during the accident. From my own viewing of the evidence, I find the video is not clear enough to make certain statements of fact regarding which vehicles can be seen. Upon viewing it, I find the dash camera video insufficient evidence to support defendants' motion for summary judgment. In addition, I find that the conflicting expert reports and the conflicting deposition testimony are sufficient to create genuine issues of material fact. And considering the latter conflicting evidence and testimony, I find it is beyond the scope of review on a motion for summary judgment to draw conclusions on factual matters, which are exclusively within the purview of the trier of fact. Our finding that genuine issues of material fact exist is sufficient to reverse and remand this matter to the district court for further proceedings.